| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| | | |
|---|---|---|
| DEWANNA SUELL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| *versus* | § | NO. 1:22-CV-00409-MAC-ZJH |
| | § | |
| STATE FARM LLOYDS, | § | |
| | § | |
| Defendants. | § | |
| | § | |

# ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On October 3, 2022, the court referred this case to the Honorable Zack Hawthorn, United States Magistrate Judge (#4). On November 3, 2022, the magistrate judge issued his Report and Recommendation (#7), recommending that the District Court grant State Farm Lloyds's ("State Farm") pending Motion to Limit Attorneys' Fees (#6). No party has filed objections, and the time for doing so has passed. *See* 28 U.S.C. § 636(b)(1)(C).

It is, therefore, **ORDERED** that the report and recommendation of the magistrate judge (#7) is **ADOPTED.** Defendant State Farm Lloyds's Motion to Limit Attorneys' Fees (#6) is **GRANTED**.

SIGNED at Beaumont, Texas, this 21st day of November, 2022.

*Marcia A. Crone*
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE